IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19-mj-312 |
| ) | |
| CHRISTOPHER M. HOWARD, ) | |
| ) | Court Date: July 15, 2019 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor -7517497)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 9, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHRISTOPHER M. HOWARD, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams per 210 liters of breath as indicated by a chemical test, to wit: did have a blood alcohol concentration of .18.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(i))

Count II (Misdemeanor - 7517497)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 9, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHRISTOPHER M. HOWARD, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count III (Misdemeanor - 7869517)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 9, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHRISTOPHER M. HOWARD, a person permitted to carry a concealed handgun did unlawfully carry a concealed handgun while under the influence of alcohol or illegal drugs.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-308.012)

Count IV (Petty - 7869518)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 9, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHRISTOPHER M. HOWARD, did unlawfully operate a motor vehicle and failed to drive entirely within a single lane.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 46.2-804)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Email: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Christopher Howard
8813 Gateshead Road
Alexandria, Virginia 22309

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Email: elizabeth.banger@usdoj.gov